# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 19-0662V
### UNPUBLISHED

SHANNON MCTERNAN,

                       Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                       Respondent.

Chief Special Master Corcoran

Filed: March 27, 2020

Special Processing Unit (SPU);
Ruling on Entitlement; Concession;
Table Injury; Influenza (Flu) Vaccine;
Shoulder Injury Related to Vaccine
Administration (SIRVA)

*Bruce William Slane, Law Office of Bruce W. Slane, P.C., White Plains, NY, for
petitioner.*

*Catherine Elizabeth Stolar, U.S. Department of Justice, Washington, DC, for
respondent.*

## RULING ON ENTITLEMENT[1]

       On May 3, 2019, Shannon McTernan filed a petition for compensation under the
National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.,*[2] (the
"Vaccine Act").  Petitioner alleges that she suffered a shoulder injury related to vaccine
administration ("SIRVA") caused in fact by the influenza vaccine she received in her
right arm on November 9, 2017.  Petition at 1, ¶¶ 2, 27. Petitioner further alleged that
she received the vaccination in the United States, suffered the residual effects of her
SIRVA for more than six months, and that neither she nor any other party has filed a
civil action or received compensation for her SIRVA, alleged as vaccine caused. *Id.* at

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, I am
required to post it on the United States Court of Federal Claims' website in accordance with the E-
Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of
Electronic Government Services).  **This means the ruling will be available to anyone with access to
the internet.**  In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to
redact medical or other information, the disclosure of which would constitute an unwarranted invasion of
privacy.  If, upon review, I agree that the identified material fits within this definition, I will redact such
material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for
ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. §
300aa (2012).

¶¶ 2, 29-31. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On March 27, 2020, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent has "concluded that petitioner's claim meets the Table criteria for SIRVA." *Id.* at 5.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master